# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DHARAM SINGH



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C 07    03283 MMC

MICHAEL CHERTOFF

"SEE ATTACHED LIST"

TO: (Name and address of defendant)

Secretary of Homeland Security, MICHAEL CHERTOFF
Office of the General Counsel
US Dept of Homeland Security
Wasinghton D.C.  20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FAKHRUDEEN HUSSAIN
Immigration Law Offices, LLP
6316 Van Nuys Blvd
Van Nuys, CA 91401

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Sandy Morris

(BY) DEPUTY CLERK

DATE 6-22-07

"List of Defendants"

Michael Chertoff:
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

Emilio Gonzalez & USCIS:
Office of the Chief Counsel
20 Massachusetts Ave NW Rm 402
Washington, DC 20536

United States Attorney:
Civil Process Clerk
United States Attorney
150 Alamaden Blvd
Ste 900
San Jose, CA 95113

David N. Still:
District Director
Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

DHARAM SINGH

*ADR* (stamp)

**DEFENDANTS**

MICHAEL CHERTOFF

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Immigration Law Offices, LLP

ATTORNEYS (IF KNOWN)

C07     03283     MMC

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☑ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☑ Original Proceeding
☐ Removed from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transfered from Another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☑ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | ☐ 870 Taxes (US Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

8 U.S.C.1329, 28 U.S.C.1331 & 1361: Redress the deprivation of rights, privileges and immunities & to compel defendants to perform duties

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $_____ ☐CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)     ☑ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE

6/12/07

SIGNATURE OF ATTORNEY OF RECORD

Fakhrudeen Hussain (CA Bar No. 239620)
Immigration Law Offices, LLP
6316 Van Nuys Blvd
Van Nuys, California 91401
Tel: (818) 997-3700
Fax:(818) 997-3730

ORIGINAL
FILED

07 JUN 22 PM 12: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dharam Singh | ) Case No. |
| Plaintiff | ) C07  03283  MMC |
| | ) |
| v. | ) COMPLAINT FOR |
| | ) MANDAMUS |
| MICHAEL CHERTOFF, Secretary | ) |
| Of the Department of Homeland | ) |
| Security;  EMILIO T. GONZALEZ, | ) Alien No. A77839344 |
| Director, Citizenship & Immigration | ) |
| Services; and David N Still, District | ) |
| Director, San Francisco District Office) | ) |
| | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR MANDAMUS

Come now Plaintiff Dharam Singh, by and through counsel, and in support of his

claim for relief states as follows:

## INTRODUCTION

COMPLAINT FOR MANDAMUS--1

1. This is a civil action brought under 8 U.S.C. section 1329, 28 U.S.C. sections 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff by which statutes jurisdiction is conferred, and to compel Defendants to perform a duty Defendants owe to Plaintiff.

2. This action is brought to compel Defendants and those acting under them to rule upon the application for adjustment of status to permanent resident (Form I-485) filed by Plaintiff shown by the receipt dated March 19, 2001  (Exhibit "A").

<u>PARTIES</u>

3. Plaintiff Dharam Singh resides in San Jose, California. He is a person of good moral character, in that he has no criminal record, and is an upstanding member of the community in which he lives.  Plaintiff filed an application for adjustment of status based upon grant of Asylum Status by former Immigration and Naturalization Services (INS) in a letter dated 03/10/2000 and I-94 stamp dated 02/23/2000 (Exhibit "B").

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and is charged under 8 U.S.C. section 1103 with administering the INA;

5. Defendant Emilio T. Gonzalez is the Director of Citizenship & Immigration Services of the Department of Homeland Security.  CIS is responsible for

COMPLAINT FOR MANDAMUS--2

implementing the provisions under which applications for adjustment of status are adjudicated under the INA.    Defendant Gonzalez is sued in his official capacity;

6. Defendant David N Still is the District Director of the San Francisco District Office of Citizenship and Immigration Services of the Department of Homeland Security.   He is charged under 8 U.S.C. section 1103 with administering the INA. Mr. Still office has control of the application for adjustment of status and has authority to adjudicate the application.  It was the San Francisco Asylum Office that granted the Plaintiff Asylum Status on 02/23/2000.  Defendant Still is sued in his official capacity.

## JURISDICTION

7. This Court has jurisdiction over the present action under 28 U.S.C. section 1331, Federal Question Jurisdiction (this action being one that arises under the Constitution and the laws of the United States, specifically the INA, section 245, et seq. [8 U.S.C. section 555 et seq., and the Fifth Amendment to the United States Constitution; 28 U.S.C. section 1651, the All Writs Act, 28 U.S.C. 1346, the Federal Torts Claims Act, 28 U.S.C. section 2201, the Declaratory Judgment Act; 5 U.S.C. section 702, the Administrative Procedures Act; 28 U.S.C. section 1361, regarding the action to compel an

officer of the United States to perform his duty; and 8 U.S.C. section 1329, of the INA for jurisdiction of this Court over actions arising under said Act.

### VENUE

8. 28 U.S.C. section 1391(e), as amended, provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his official capacity, or under color of authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides. Defendant Arellano directs an agency that operates within the district, having an office in Los Angeles. Venue properly lies with the United States District Court, Central District of California, Southern Division.

### PRELIMINARY STATEMENT

9. Plaintiff Dharam Singh filed an application for adjustment of status (Form I-485) which was received by the INS on March 01, 2001. Plaintiff Dharam Singh is entitled to file a Form I-485 based on the grant of Asylum. Defendants have engaged in illegal conduct. Defendants have refused to adjudicate Plaintiff's application without regard to when it was filed. A reasonable processing time for such applications is between eight and fourteen months. A recent online estimate provided as a service by

defendants indicates a period of up to twenty months to adjudicate such applications.    However, Plaintiff's application has been held without adjudication for over **seven years** without justification.

10. On or about March 1, 2000, Plaintiff Dharam Singh filed his application for adjustment of status, pursuant to INA section 245;

11. Despite repeated attempts by Plaintiff to secure adjudication, defendants have not adjudicated the application.   More than **seven years** have passed since Plaintiff was interviewed on the application;

12. Defendants have engaged in unlawful conduct by refusing to adjudicate Plaintiff's application.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1.  Assume and maintain jurisdiction over this matter;

2.  Compel defendants and those acting under them to perform their duty to act upon the application for adjustment of status to permanent resident within the next sixty days;

3. Award Plaintiff the cost of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act; and

4. Grant any and all further relief this Court deems just and proper.

Dated:  <u>June 12, 2007</u>

Fakhrudeen Hussain
Attorney for Plaintiff