EXHIBIT "A"

Case 3:07-cv-03283-MMC   Document 1-2   Filed 06/22/2007   Page 1 of 5

04/21/07 17:53 FAX 408 530 0144 KINKO's SUNNYVALE ☑007

# UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| LIN-01-129-53768 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| March 15, 2001 | | A77 839 349 SINGH, DHARAM |
| NOTICE DATE | PAGE | |
| March 19, 2001 | 1 of 1 | |

DHARAM SINGH
2215 BRANFORD DRIVE
SAN JOSE CA 95122

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Asylee adjustment

The above application or petition has been received. It usually takes 580 to 590 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830

EXHIBIT "B"



U.S. Department of Justice
Immigration and Naturalization Service

Asylum Office
P.O. Box 77530
San Francisco, CA 94107

File #: 77 839 344
ZSF-00A
Date: 10 MAR 2000

Mr. Dharam Singh
2510 Brookford Drive
San Jose, CA 95122

**Asylum Approval**

Dear Mr. Singh:

This refers to your request for Asylum in the United States, Form I-589. This office previously issued you a letter to notify you that your request for asylum had been recommended for approval, pending the results of the mandatory, confidential investigation of your identity and background.

It has been determined that you have established eligibility for asylum. Attached please find a completed Form I-94, Arrival Departure Record, indicating that you have been granted asylum status in the United States pursuant to §208(a) of the Immigration and Nationality Act (INA), as of February 23, 2000. You have been granted asylum in the United States for an indefinite period. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

In order to request derivative asylum status for any spouse or child who was not included in your asylum request, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Immigration and Naturalization Service (INS).

You are eligible for employment authorization for as long as you remain in asylum status. Your dependents listed above are also eligible for employment authorization, so long as they retain derivative asylum status. However, you must apply for and obtain an Employment Authorization Document (EAD) as evidence of your eligibility to work in the United States. To obtain an EAD, you must submit to the INS a Form I-765, Application for Employment Authorization. We suggest that you include a copy of this letter when applying for work authorization.

If you plan to depart the United States, you must obtain permission to return to the United States before you leave this country. If you do not obtain permission, you may be unable to reenter the United States,

04/21/07 17:52 FAX 408 530 0144    KINKO'S SUNNYVALE    ☒003

I-94 Departure Record
Immigration and Naturalization Service

A 77 679 744

29647537D 07

**ASYLUM STATUS GRANTED INDEFINITELY PURSUANT TO SEC. 208 OF THE I&N ACT ON FEB 23 2000**

ZSF-045

or you may be placed in proceedings where you will be required to establish your asylum status. You may apply for a Refugee Travel Document on a Form I-131, Application for Travel Document.

Asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2) and 8 C.F.R. §208.22(a).

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit to the INS a Form I-485, Application to Register Permanent Residence or Adjust Status.

You must notify the INS of any change of address within ten days of any such change. You may obtain a Form AR-11 at your nearest post office or INS office to comply with this requirement.

You may obtain any of the forms noted above at an INS District Office or INS Forms Center. Instructions with or on the forms explain how to complete the forms, what documents to attach and where to send the completed forms.

Sincerely,

Emilie Bordini,
Director, San Francisco Asylum Office

Jagprit S. Sekhon

Form I-94 (Rev. 12/2/97)