1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 DHARAM SINGH,                         )
                                         ) No. C 07-3283 MMC
13              Plaintiff,               )
                                         )
14       v.                              ) **STIPULATION TO EXTEND DATE OF**
                                         ) **CASE MANAGEMENT CONFERENCE;**
15 MICHAEL CHERTOFF, Secretary of the    ) **AND [PROPOSED] ORDER**
   Department of Homeland Security;      )
16 EMILIO T. GONZALEZ, Director,         )
   Citizenship and Immigration Services; and )
17 DAVID N. STILL, District Director,    )
   San Francisco District Office,        )
18                                       )
                Defendants                )
19 _____)

20     The plaintiff, by and through his attorney of record, and defendants by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiff filed this action on or about June 22, 2007.   The United States Attorney's Office

23 was not served until July 16, 2007.

24     2. Pursuant to this Court's June 22, 2007 Order Setting the Case Management Conference, the

25 parties are required to file a joint case management statement on September 21, 2007, and attend a

26 case management conference on September 28, 2007.

27     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

28 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

   Stip. to Extend
   C07-3283 MMC

1  ask this Court to extend the dates in the Court's scheduling order as follows:

2     Last day to file Joint ADR Certification:                 October 5, 2007

3     Last day to file/serve Joint Case Management Statement:   October 19, 2007

4     Case Management Conference:                            October 26, 2007, at 10:30 a.m.

5  Date: July 31, 2007                               Respectfully submitted,

6                                                  SCOTT N. SCHOOLS
                                                United States Attorney

7

8                                                  /S/
                                                MELANIE L. PROCTOR[1]

9                                                  Assistant United States Attorney
                                                Attorneys for Defendants

10

11

12  Date: July 31, 2007                               /S/
                                                FAKHRUDEEN HUSSAIN
                                                Attorney for Plaintiff

13

14                                        **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

16  Date:

17                                                MAXINE M. CHESNEY
                                              United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend
C07-3283 MMC                                         2