SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DHARAM SINGH,<br><br>            Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director,<br>Citizenship and Immigration Services; and<br>DAVID N. STILL, District Director,<br>San Francisco District Office,<br><br>            Defendants | No. C 07-3283 MMC<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 22, 2007. The United States Attorney's Office was not served until July 16, 2007.

    2. Pursuant to this Court's June 22, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on September 21, 2007, and attend a case management conference on September 28, 2007.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip. to Extend
C07-3283 MMC

1  ask this Court to extend the dates in the Court's scheduling order as follows:

2     Last day to file Joint ADR Certification:                 October 5, 2007

3     Last day to file/serve Joint Case Management Statement:   October 19, 2007

4     Case Management Conference:                         October 26, 2007, at 10:30 a.m.

5  Date: July 31, 2007                            Respectfully submitted,

6                                             SCOTT N. SCHOOLS
   United States Attorney

7

8                                             _____/S/_____
   MELANIE L. PROCTOR[1]

9                                             Assistant United States Attorney
   Attorneys for Defendants

10

11

12  Date: July 31, 2007                       _____/S/_____
   FAKHRUDEEN HUSSAIN
   Attorney for Plaintiff

13

14  **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED, with the exception that the joint case management statement is due Oct. 12, 2007 and the case management conference will be Oct. 19, 2007 at 10:30 a.m.

16  Date:  August 8, 2007                       _____

17                                             MAXINE M. CHESNEY
   United States District Judge

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Extend
C07-3283 MMC                                    2