1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10
                                    SAN FRANCISCO DIVISION
11
   DHARAM SINGH,                           )   No. C 07-3283 MMC
12                                         )
                         Plaintiff,        )
13                                         )
        v.                                 )
14                                         )   STIPULATION TO DISMISS
   MICHAEL CHERTOFF, Secretary of the      )
15 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director, Citizenship and  )
16 Immigration Services; DAVID N. STILL,   )
   District Director, San Francisco District )
17 Office,                                 )
                                           )
18                       Defendants.       )
                                           )
19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
C 07-3283 MMC

The Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate that this action shall be dismissed, without prejudice.

Date: August 24, 2007                                   Respectfully submitted,

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney


                                                        _____/s/_____
                                                        MELANIE L. PROCTOR[1]
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants


                                                        _____/s/_____
Date: August 24, 2007                                   FAKHRUDEEN HUSSAIN
                                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                                        _____
                                                        MAXINE M. CHESNEY
                                                        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-3283 MMC                              2