1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   DHARAM SINGH,                    )    No. C 07-3283 MMC
12                                  )
                  Plaintiff,        )
13                                  )
         v.                         )
14                                  )    STIPULATION TO DISMISS
   MICHAEL CHERTOFF, Secretary of the )  AND ORDER THEREON
15 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director, Citizenship and )
16 Immigration Services; DAVID N. STILL, )
   District Director, San Francisco District )
17 Office,                          )
                                    )
18                Defendants.       )
                                    )
19
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C 07-3283 MMC

1 | The Plaintiff, by and through his attorney of record, and Defendants by and through their
2 | attorneys of record, hereby stipulate that this action shall be dismissed, without prejudice.

Date: August 24, 2007                    Respectfully submitted,

                                                   SCOTT N. SCHOOLS
                                                 United States Attorney

                                                             /s/
                                                 MELANIE L. PROCTOR[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants

Date: August 24, 2007                    /s/
                                                 FAKHRUDEEN HUSSAIN
                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  August 24, 2007
                                                 MAXINE M. CHESNEY
                                                 United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-3283 MMC                                    2